

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAY - 2 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:23cr39-CWR-LGI

WILLIAM ROBERT SHEPHERD III   26 U.S.C. § 5861(d)

**The Grand Jury charges:**

That on or about August 2, 2022, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **WILLIAM ROBERT SHEPHERD III**, knowingly received and possessed a short-barreled shotgun, a weapon having a barrel of less than 18 inches in length, that is a Stevens, model 820B, 12 gauge, shotgun, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this Indictment:

1.   **Stevens shotgun, model 820B, 12 gauge, no serial number.**

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been

substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 49, United States Code, Section 80303, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461.

*[signature]*
DARREN J. LAMARCA
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 2nd day of May 2023.

*[signature]*
UNITED STATES MAGISTRATE JUDGE