

EXHIBIT 1

GOV-000057