LAW ENFORCEMENT SENSITIVE (FOUO)

# Incident details

U.S. Department of the Interior, National Park Service

Printed: 10/10/2022 07:37 by 962
Incident: **NP22227129**

## Incident details:

| | |
|---|---|
| Report no.: | NP22227129 |
| Dispatch type: | |
| Incident type: | Law Enforcement |
| Incident time: | 08/02/2022 09:06 - |
| Reported time: | 08/02/2022 08:34 |
| Place of offence: | 87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20 UNDERPASS) (Region: SER, State/Zone: MS, Area: NATR) |
| Source: | |
| Priority: | Priority 2 |
| Clearance status: | Closed - Arrest |
| Concluded: | No |
| Concluded date: | |
| Summary: | PCS MARIJUANA; POSS OF PARAPHERNALIA; POSS OF SAWED OFF SHOTGUN-BARREL LESS THAN 16" |
| Remarks: | |

**Associated occurrences:**

**Involved persons:**

- SHEPHERD, WILLIAMS ROBERT / Arrestee; Charged; Citation issued to; Property Owner; Suspect; Vehicle driver; Vehicle Owner / DOB: 10/11/1975 (46) Gender: Male (791 W COUNTY LINE RD, # 118, JACKSON, MS 39213 (Voice) (601) 720-3126 ) DL:MS:800884458

  **Arrest report:**

  Incident: NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20 UNDERPASS) (Region: SER, State/Zone: MS, Area: NATR)) (PCS MARIJUANA; POSS OF PARAPHERNALIA; POSS OF SAWED OFF SHOTGUN-BARREL LE

  Task: T220252741 [Review - Closed] Due: 08/07/2022 11:03 CAD INTERFACE ->#962 PERRY, R. [Med] Import of CAD event into IMARS incident NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20

  | | | | |
  |---|---|---|---|
  | Author: | #962 PERRY, R. | Report time: | 08/02/2022 13:08 |
  | Entered by: | #962 PERRY, R. | Entered time: | 08/02/2022 13:08 |

  Charges: NP22227129 36 CFR 2.35(b)(2) Adult Unlawful possession of controlled substance 08/02/2022 Arrest/phys custody
  NP22227129 MS-41-29-139(d)(1) Adult Possession of Paraphernalia 08/02/2022 Arrest/phys custody
  NP22227129 36 CFR 7.43(c)(5) Adult NATR Trailers are permitted when used non-commercially 08/02/2022 Arrest/phys custody
  NP22227129 MS-63-15-4 Adult No Proof of Liability Insurance 08/02/2022 Arrest/phys custody

  Narrative:

**Involved addresses:**

- 87.0 NATR AND INTERSTATE 20 UNDERPASS / Dispatch address / CLINTON, Mississippi (87.0

LAW ENFORCEMENT SENSITIVE (FOUO)

Printed by: 962   Date: 10/10/2022 07:37   Computer: INPNATR133909LT   **GOV-000031**

NATRINTERSTATE 20 UNDERPASS) (Region: SER, State/Zone: MS, Area: NATR)

Involved comm addresses:

Involved vehicles:

- HONDA ACCORD 2007 VIN:JHMCM5637C009056 / Keys in vehicle; Towed / [Passenger car: Sedan, 4-door] MS Reg #RAS6342 Colors: White

Involved officers:

- Reporting officer / #962 / NPS / Police Officer / NPS NATR / #2490 DOLLINGER, S. / 08/02/2022 / 20220802 --:--:--:---
- CAD operator / #AA-503 / NPS / Non-LE / NPS NATR / #951 FARMER, C. / 08/02/2022 / 20220802 --:--:--:---

Involved property:

- Shotgun : Pump action / Evidence; To be seized / SAVAGE STEVENS 820B / SAWED OFF BARREL AND STOCK. BARREL LENGTH 14 9/18"
- Drug paraphernalia: Pipe / Evidence; Seized / PIPE CONTAINING METHAMPHETAMINE RESIDUE
- Marijuana - processed / Evidence; Seized / 0.79 g

Modus operandi:

Reports:

Investigation log:

| Type | Entry time | Event time | Author | Link | Log entry |
|------|-----------|-----------|--------|------|-----------|

General report:

Incident: NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20 UNDERPASS) (Region: SER, State/Zone: MS, Area: NATR)) (PCS MARIJUANA; POSS OF PARAPHERNALIA; POSS OF SAWED OFF SHOTGUN-BARREL LE

Task: T220252741 [Review - Closed] Due: 08/07/2022 11:03 CAD INTERFACE ->#962 PERRY, R. [Med] Import of CAD event into IMARS incident NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20

Author: #962 PERRY, R.
Entered by: #962 PERRY, R.
Report time: 08/03/2022 13:50
Entered time: 08/03/2022 13:50
Remarks:
Narrative:

On 8/2/2022 at approximately 0834 hours, I (United States Park Ranger Richard Perry) was travelling south on the Natchez Trace Parkway near mile post 86. During this time, I passed a vehicle (2007 Honda Accord- MS tag# RAS6342) traveling north on the Natchez Trace Parkway with several pieces of lumber attached to the roof. The vehicle also displayed a decal "Jack Rabbit Services". As I passed the vehicle, I also noticed the vehicle had a "rear cargo hauler" loaded with a wheelbarrow. I turned my vehicle around and initiated a traffic stop with my emergency lights. The vehicle came to a stop near mile post 87.

I approached the vehicle and contacted the driver, William Robert Shepherd III. I could immediately smell the odor of marijuana coming from inside the vehicle. I asked Shepherd for his driver's license and proof of insurance. Shepherd provided his driver's license but could not locate a valid proof of insurance. I asked Shepherd if there was any type of illegal substances in his vehicle and Shepherd stated he did not. I asked Shepherd if there were any firearms inside the vehicle and Shepherd state he did not. I asked Shepherd to step out of the vehicle and meet me at the rear. After receiving consent to search his person, Shepherd was asked to sit on the front bumper of my patrol car.

I told Shepherd I was going to search his vehicle due to the odor of marijuana inside his vehicle. Shepherd stated he had a "blunt" of marijuana in the center console. Shepherd also stated there was a "sawed off shotgun" beside the passenger seat. Shepherd stated the firearm does not belong to him and he was taking it to put in storage. Due to Shepherd lying about the firearm and possibly being an illegally modified firearm (barrel less than 16"), I placed Shepherd in handcuffs. Shepherd was then placed in the rear of my patrol car with the windows down due to the extreme heat.

As I began to search the vehicle, I located a pump action shotgun wrapped in camouflage tape. The shotgun was missing most of the stock and part of the barrel was cut off. After removing parts of the tape, I identified the shotgun as a Savage Steven's Model 820B 12-gauge pump shotgun. The firearm was unloaded, and no serial number was present. Firearms manufactured prior to the Gun Control Act of 1968 did not have serial numbers.

Under the radio compartment of the vehicle, I located a black bag with a glass pipe inside. The glass pipe contained methamphetamine residue. I returned to Shepherd and notified him of his Miranda Rights. Shepherd stated he smoked crystal methamphetamine earlier in the day. I continued searching the vehicle and located a black container with approximately .79 grams of marijuana. All evidence was seized and logged into the evidence locker at the Ranger Station.

Shepherd was allowed to call a ride to come pick him up from our location. The vehicle was towed by Hall's Towing. Shepherd was given citations for Non-Recreational Hauling, No Insurance, Possession of Marijuana Less 1 oz. and Possession of Paraphernalia.

Further charges are pending due to the illegally modified firearm.

No further information at this time.

R. Perry

### Ext. doc. occ report [PDF, 1.28 MB]:

Incident: NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20 UNDERPASS) (Region: SER, State/Zone: MS, Area: NATR)) (PCS MARIJUANA; POSS OF PARAPHERNALIA; POSS OF SAWED OFF SHOTGUN-BARREL LE

Task: T220252741 [Review - Closed] Due: 08/07/2022 11:03 CAD INTERFACE ->#962 PERRY, R. [Med] Import of CAD event into IMARS incident NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20

Author: #962 PERRY, R.
Entered by: #962 PERRY, R.
Person:
Address:
Vehicle:
Officer:
Remarks:

Report time: 08/03/2022 09:34
Entered time: 08/03/2022 09:34

### Ext. doc. occ report [PDF, 454.94 KB]:

Incident: NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20 UNDERPASS) (Region: SER, State/Zone: MS, Area: NATR)) (PCS MARIJUANA; POSS OF PARAPHERNALIA; POSS OF SAWED OFF SHOTGUN-BARREL LE

Task: T220252741 [Review - Closed] Due: 08/07/2022 11:03 CAD INTERFACE ->#962 PERRY, R. [Med] Import of CAD event into IMARS incident NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20

Author: #962 PERRY, R.
Entered by: #962 PERRY, R.
Person:
Address:
Vehicle:
Officer:
Remarks:

Report time: 08/03/2022 09:39
Entered time: 08/03/2022 09:39

### Ext. doc. occ report [PDF, 441.28 KB]:

Incident: NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20 UNDERPASS) (Region: SER, State/Zone: MS, Area: NATR)) (PCS MARIJUANA; POSS OF PARAPHERNALIA; POSS OF SAWED OFF SHOTGUN-BARREL LE

Task: T220252741 [Review - Closed] Due: 08/07/2022 11:03 CAD INTERFACE ->#962 PERRY, R. [Med] Import of CAD event into IMARS incident NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20

Author: #962 PERRY, R.     08/03/2022 09:40

| | | | |
|---|---|---|---|
| Entered by: | #962 PERRY, R. | Report time: | |
| Person: | | Entered time: | 08/03/2022 09:40 |
| Address: | | | |
| Vehicle: | | | |
| Officer: | | | |
| Remarks: | | | |

**Ext. doc. occ report [PDF, 453.05 KB]:**

Incident: NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20 UNDERPASS) (Region: SER, State/Zone: MS, Area: NATR)) (PCS MARIJUANA; POSS OF PARAPHERNALIA; POSS OF SAWED OFF SHOTGUN-BARREL LE

Task: T220252741 [Review - Closed] Due: 08/07/2022 11:03 CAD INTERFACE ->#962 PERRY, R. [Med] Import of CAD event into IMARS incident NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20

| | | | |
|---|---|---|---|
| Author: | #962 PERRY, R. | Report time: | 08/03/2022 09:41 |
| Entered by: | #962 PERRY, R. | Entered time: | 08/03/2022 09:41 |
| Person: | | | |
| Address: | | | |
| Vehicle: | | | |
| Officer: | | | |
| Remarks: | | | |

**Ext. doc. occ report [PDF, 449.47 KB]:**

Incident: NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20 UNDERPASS) (Region: SER, State/Zone: MS, Area: NATR)) (PCS MARIJUANA; POSS OF PARAPHERNALIA; POSS OF SAWED OFF SHOTGUN-BARREL LE

Task: T220252741 [Review - Closed] Due: 08/07/2022 11:03 CAD INTERFACE ->#962 PERRY, R. [Med] Import of CAD event into IMARS incident NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20

| | | | |
|---|---|---|---|
| Author: | #962 PERRY, R. | Report time: | 08/03/2022 09:41 |
| Entered by: | #962 PERRY, R. | Entered time: | 08/03/2022 09:41 |
| Person: | | | |
| Address: | | | |
| Vehicle: | | | |
| Officer: | | | |
| Remarks: | | | |

**Ext. doc. occ report [PDF, 494.96 KB]:**

Incident: NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20 UNDERPASS) (Region: SER, State/Zone: MS, Area: NATR)) (PCS MARIJUANA; POSS OF PARAPHERNALIA; POSS OF SAWED OFF SHOTGUN-BARREL LE

Task: T220252741 [Review - Closed] Due: 08/07/2022 11:03 CAD INTERFACE ->#962 PERRY, R. [Med] Import of CAD event into IMARS incident NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20

LAW ENFORCEMENT SENSITIVE (FOUO)

| | | | |
|---|---|---|---|
| Author: | #962 PERRY, R. | Report time: | 08/03/2022 09:42 |
| Entered by: | #962 PERRY, R. | Entered time: | 08/03/2022 09:42 |
| Person: | | | |
| Address: | | | |
| Vehicle: | | | |
| Officer: | | | |
| Remarks: | | | |

*Ext. doc. occ report [PDF, 584.42 KB]:*

Incident: NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20 UNDERPASS) (Region: SER, State/Zone: MS, Area: NATR)) (PCS MARIJUANA; POSS OF PARAPHERNALIA; POSS OF SAWED OFF SHOTGUN-BARREL LE

Task: T220252741 [Review - Closed] Due: 08/07/2022 11:03 CAD INTERFACE ->#962 PERRY, R. [Med] Import of CAD event into IMARS incident NP22227129 Law Enforcement @08/02/2022 08:34 (87.0 NATR AND INTERSTATE 20 UNDERPASS, CLINTON, HINDS MS (87.0 NATRINTERSTATE 20

| | | | |
|---|---|---|---|
| Author: | #962 PERRY, R. | Report time: | 08/03/2022 09:42 |
| Entered by: | #962 PERRY, R. | Entered time: | 08/03/2022 09:42 |
| Person: | | | |
| Address: | | | |
| Vehicle: | | | |
| Officer: | | | |
| Remarks: | | | |