| National Park Service<br>U.S. Department of the Interior<br><br><br>Superintendent's Compendium of Designations, Closures, Permit Requirements and Other Restrictions Imposed Under Discretionary Authority. | Natchez Trace Parkway<br><br>Brices Cross Roads National Battlefield Site<br><br>Tupelo National Battlefield<br><br>Natchez Trace National Scenic Trail | 2680 Natchez Trace Parkway<br>Tupelo, MS  38804<br><br>**Phone:**  1 (800) 305-7417 |

In accordance with regulations and the delegated authority provided in Title 36, Code of Federal Regulations ("36 CFR"), Chapter 1, Parts 1-7, authorized by Title 54 United States Code, Section 100751, the following provisions apply to all lands and waters administered by the National Park Service, within the boundaries of Natchez Trace Parkway and Natchez Trace National Scenic Trail. Unless otherwise stated, these regulatory provisions apply in addition to the requirements contained in 36 CFR, Chapter 1, Parts 1-7.

Written determinations, which explain the reasoning behind the Superintendent's use of discretionary authority, as required by 36 CFR, section 1.5(c), appear in this document identified by italicized print.

Approved:

_____
Douglas Neighbor, Superintendent

Please send any written comments to:

Superintendent
Natchez Trace Parkway
2680 Natchez Parkway
Tupelo, MS 38804

# TABLE OF CONTENTS

A. What is the Superintendent's Compendium? ................................................................................. 1

B. What laws and policies allow the Superintendent to develop this Compendium? ................ 2

C. Does this Compendium comply with applicable Federal law and requirements? ................. 3

D. How are the requirements of the Superintendent's Compendium developed? .................... 3

E. Where does this Compendium apply? ........................................................................................... 3

F. Who enforces the requirements of this Compendium? .............................................................. 4

G. Is there a penalty for not adhering to the requirements found in this Compendium? ........... 4

H. How do I provide comment on this Compendium? ..................................................................... 4

I. When will the compendium become effective? ............................................................................. 4

J. Is there anything else I need to know about this Compendium? ............................................... 4

K. Where may I find a copy of this Compendium once it is approved? ........................................ 5

I.   36 CFR §1.5 – VISITING HOURS, PUBLIC USE LIMITS, CLOSURES, AND AREA DESIGNATIONS FOR SPECIFIC USE OR ACTIVITIES ........................................................................ 6

II.  36 CFR §1.6 – ACTIVITIES THAT REQUIRE A PERMIT ............................................................. 11

III. GENERAL REGULATIONS ................................................................................................................ 11

    36 CFR §2.1 – PRESERVATION OF NATURAL, CULTURAL AND ARCHEOLOGICAL RESOURCES ............. 11

    36 CFR §2.2 – WILDLIFE PROTECTION ................................................................................. 12

    36 CFR §2.10 – CAMPING AND FOOD STORAGE ................................................................ 13

    36 CFR §2.16 – HORSES AND PACK ANIMALS .................................................................... 18

    36 CFR 2.20 – SKATING, SKATEBOARDS, AND SIMILAR DEVICES ................................. 19

    36 CFR §2.21 – SMOKING ........................................................................................................ 19

    36 CFR §2.22 – PROPERTY ..................................................................................................... 20

    36 CFR §3.21 – SWIMMING AND BATHING .......................................................................... 20

    36 CFR §4.21 – SPEED LIMITS ................................................................................................ 20

    36 CFR §7.43 – NATCHEZ TRACE PARKWAY SPECIAL REGULATION ............................ 20

APPENDIX I ................................................................................................................................................ 21

APPENDIX II ............................................................................................................................................... 22

Appendix III ................................................................................................................................................ 29

# APPENDIX I

**Vehicle Hauling and Towing Restrictions**

- Trucks over one-ton rated capacity are prohibited
- Vehicles that display company logos and being used for commercial purposes are considered to be commercial and are prohibited.
- Hauling associated with recreational activities to only include camping, boating, and ATV use are permitted.
- Hauling of multiple pieces of recreational equipment on a single trailer is permitted providing total vehicle and trailer length does not exceed 55 feet.
- Hobby activities such as antique vehicles (car, tractors, etc.), hot-air ballooning, and similar activities are considered recreational activities and are permitted.
- Non-recreational hauling encompasses those activities that are not specifically recreational in nature and are prohibited.
- Farm and lawn equipment are prohibited except as authorized by Special Use Permit as part of the agricultural lease program.
- Hauling of household items, furniture, appliances, carpet, landscaping materials and/or equipment, and construction materials are some of the more commonly transported items that are prohibited on the Parkway.

**Requirements for Towing Trailers**

- Towing vehicle and trailer are 55 feet in length or less.
  - *Vehicles in excess of 55 feet in length cannot safety negotiate curves on the Parkway without exiting their own lane of travel.*
- Enclosed utility trailers are 5 feet by 8 feet or less.
- Trailers must be equipped with taillights, brake lights, safety chains, and turn signals.
- Trailers must display license plates according to state of registration.
- Empty trailers are prohibited.
- Only one trailer or vehicle may be towed by another vehicle at any time.

**Requirements for Towing Vehicles**

- Towing vehicle and towed vehicle are 55 feet in length or less.
- Steel tow bar mounted through the use of a towing receiver with retainers and safety chains are required.
- All towed vehicles must be equipped with taillights, brake lights, and turn signals.
- No commercial vehicles are allowed.
- Only one trailer or vehicle may be towed by another vehicle at any time.