UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                            **CRIMINAL ACTION NO.:** 3:23cr039CWR-LGI

WILLIAM ROBERT SHEPHERD, III                                               DEFENDANT

## GOVERNMENT'S EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID | EVID |
|---|---|---|---|---|
| G-1 | NPS Appendix | R. Perry | | 08/25/2023 |
| G-2 | Photo of Car (side view) | R. Perry | | 08/25/2023 |
| G-3 | Photo of Back of Car | R. Perry | | 08/25/2023 |