



EXHIBIT NO. G-2
CAUSE NO. 3:23cr39CWR-LGI
WITNESS: Officer K. Mowdy-Berry
CLERK: TWANA SUMMERS
AUG 25 2023
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crawl, REPORTER