EXHIBIT C





GOVERNMENT
EXHIBIT
3

GOV-000057

EXHIBIT NO. G-3
CAUSE NO. 3:23cv 39CWR-LGI
WITNESS Arthur Richard Perry
CLERK: TWANA SUMMERS

AUG 2 5 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane REPORTER