## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

UNITED STATES OF AMERICA                      **PLAINTIFF**

v.                      **CRIMINAL ACTION NO.:** 3:23cr39CWR-LGI

WILLIAM ROBERT SHEPHERD, III                  **DEFENDANT**

### DEFENDANT'S EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-1 | Copies of Traffic Citations | R. Perry | | 08/25/2023 |