**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SM13 | E1741069 | Perry | 962 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 8/2/2023 1033
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 2.35(b)(2)
Place of Offense: MP87(N) NATR

Offense Description: Factual Basis for Charge
Possession of Controlled Sub. - Marijuana Less 1oz

HAZMAT ☐

**DEFENDANT INFORMATION**  Phone: ( )

Last Name: Shepherd III
First Name: William
M.I.: R
Street Address: 791 W. County Line Road Apt 118
City: Jackson  State: MS  Zip Code: 39213
Date of Birth: 10/11/1975
Drivers License No.: 800884458  D.L. State: MS
Social Security No.: 425397308
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: —  Eyes: Blue  Height: 5-9  Weight: _

**VEHICLE**  VIN:

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| RAS6342 | MS | 07 | Hond Acc | | white |

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $
Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 7869
Date:
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1741069*

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 2, 2023 while exercising my duties as a law enforcement officer in the Southern District of Mississippi

~~At approximately 1033 hours pursuant to a traffic stop for speeding of a white 2007 Honda Accord (MS tag# RAS6342) within the boundaries of the Natchez Trace Parkway near milepost 87, the driver was identified as William R. Shepherd III by Natchez Trace Dispatch. During a probable cause search of the vehicle, marijuana was located. Taylor was charged with Possession of Marijuana (36 CFR 2.35(b)(2).~~

Video available

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/2/2023
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

EXHIBIT D-1

CVB SCAN 08/11/2022 11:31

## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SM13 | E1741070 | Perry | 962 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 8/2/2022 1033
Offense Charged: ☐ CFR ☐ USC ☒ State Code: MS 41-29-139(d)
Place of Offense: MP 87(N) NATR

Offense Description: Factual Basis for Charge: Possession of Drug Paraphernalia

HAZMAT ☐

**DEFENDANT INFORMATION**
Last Name: Shepherd III
First Name: William
M.I.: R
Street Address: 791 W. County Line Road Apt 118
City: Jackson    State: MS    Zip Code: 39213
Date of Birth: 10/11/1975
Drivers License No.: 800884458
D.L. State: MS
Social Security No.: 425397308
☒ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female
Eyes: Blue   Height: 5-9

**VEHICLE**
Tag No.: RAS 6342   State: MS   Year: 07   Make/Model: Honda Acc   Color: white

A ☒ APPEARANCE IS REQUIRED - If Box A is checked, you must appear in court. See instructions.
B ☐ APPEARANCE IS OPTIONAL - If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ ___ Total Collateral Due

**YOUR COURT DATE**
Court Address: 78/09
Date: ___   Time: ___

X Defendant Signature: ___
Original - CVB Copy

*E1741070*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on August 2, 2022 while exercising my duties as a law enforcement officer in the Southern District of Mississippi

At approximately 1033 hours pursuant to a traffic stop of 2007 Honda Accord (MS Tag# RAS6342) within the boundaries of the Natchez Trace Parkway near milepost 87, the driver was identified as William R Shepherd III by Natchez Trace Dispatch. During a probable cause search of the vehicle, paraphernalia was located. Russell was charged with Possession of Paraphernalia (MS 41-29-139(d)

Video available

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/2/2022    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: ___   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/11/2022 11:31

## United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SM13 | E1741071 | Perry | 9102 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 8/2/2022  1033 | MS 63-15-4 |

Place of Offense: MP 87(N) NATR

Offense Description: Factual Basis for Charge    HAZMAT ☐

No Insurance

### DEFENDANT INFORMATION
Phone: (601) 720-3126

| Last Name | First Name | M.I. |
|---|---|---|
| Shepherd III | William | R |

Street Address: 791 W. County Line Rd Apt 118

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Jackson | MS | 39213 | 10/11/1975 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 800884458 | | MS | 425397308 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: Blue   Eyes: —   Height: 5-9   Weight: —

### VEHICLE  VIN:                                                CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| RAS6342 | MS | 07 | Honda Acc | | white |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 7869 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*E1741071*

CVB SCAN 08/11/2022 11:31

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 2, 2022 while exercising my duties as a law enforcement officer in the Southern District of Mississippi

~~At approximately 1033 hours pursuant to a traffic stop on a 2007 Honda Accord (Mississippi license# RAS6342) within the boundaries of the Natchez Trace Parkway near milepost 87, I discovered the driver did not have valid insurance. The driver (identified by his Mississippi Driver's License as William R Shepherd) was cited for No Proof of Insurance (Mississippi Code 63-15-4)~~

Video available

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/2/2022  _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 08/11/2022 11:31

EXHIBIT NO. D-1
CAUSE NO. 3:23cr39CWR-LGI
WITNESS Officer Richard Perry
CLERK: TWANA SUMMERS

AUG 25 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER