IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:23CR39-CWR-LGI

WILLIAM ROBERT SHEPHERD, III

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the Defendant, William Robert Shepherd, III, by and through the undersigned counsel of record, Michael L. Scott, Senior Litigator, and notifies the Court and the United States Attorney's office of his intent to enter a plea of guilty in this matter.

Respectfully submitted this the 15th day of February, 2024.

WILLIAM ROBERT SHEPHERD, III,
Defendant

BY: *s/ Michael L. Scott*
Senior Litigator
Office of the Federal Public Defender
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
MS #101320

**CERTIFICATE OF SERVICE**

    I, Michael L. Scott, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all attorneys of record.

    This the 15th day of February, 2024.

                                           *s/ Michael L. Scott*
                                           Senior Litigator