IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO. 3:23-cr-39-CWR-LGI

WILLIAM ROBERT SHEPHERD, III

## MOTION TO CONTINUE SENTENCING

COMES NOW the defendant, William Robert Shepherd, III, and respectfully moves this court to continue the sentencing hearing for July 1, 2024, and all other accompanying deadlines for the following reason:

The defendant, William Robert Shepherd, III, requests the hearing be continued on the grounds that defense counsel needs additional time to prepare objections to the presentence investigation report and prepare for sentencing.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset, and any other relief the Court deems just and proper.

Respectfully submitted this the 13th day of June, 2024.

WILLIAM ROBERT SHEPHERD, III, DEFENDANT

By:     Omodare B. Jupiter
        Federal Public Defender

        */s/Michael L. Scott*
        Michael L. Scott, MB# 101320
        Senior Litigator
        Northern and Southern Districts of Mississippi
        200 South Lamar Street, Suite 200-N
        Jackson, MS 39201
        Telephone:  (601) 948-4284
        Facsimile:  (601) 948-5510
        Email: mike_scott@fd.org

## **CERTIFICATE OF SERVICE**

I, Michael L. Scott, do hereby certify that on the 13th day of June, 2024, I electronically

filed the foregoing with the Clerk of the Court using the ECF system which sent notification of

such filing to all parties of record.

 /s/Michael L. Scott
Michael L. Scott
Senior Litigator