IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                CRIMINAL NO. 3:23CR39-CWR-LGI

WILLIAM ROBERT SHEPHERD, III

### ORDER TO CONTINUANCE SENTENCING

This cause having come before the Court on the motion of the defendant to continue the sentencing in this matter and Government advising that it has no objection to said motion, and the Court having considered said motion, finds that said motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED that the sentencing in this matter be continued from the current date of July 1, 2024, to be reset to a later date.

SO ORDERED this the 18th day of June, 2024.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE