IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO. 3:23-cr-39-CWR-LGI

WILLIAM ROBERT SHEPHERD, III

## MOTION TO CONTINUE SENTENCING

COMES NOW the defendant, William Robert Shepherd, III, and respectfully moves this court to continue the sentencing hearing for July 23, 2024, and all other accompanying deadlines for the following reason:

The defendant, William Robert Shepherd, III, requests the hearing be continued on the grounds that defense counsel needs additional time to prepare objections to the presentence investigation report and prepare for sentencing.

Defense counsel has contacted Assistant United States Attorney, Adam T. Stuart, who voiced no objection this the requested continuance.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset, and any other relief the Court deems just and proper.

Respectfully submitted this the 15th day of July, 2024.

                                          WILLIAM ROBERT SHEPHERD, III, DEFENDANT

                                          By:    Omodare B. Jupiter
                                                          Federal Public Defender

                                                          */s/Michael L. Scott*
                                                          Michael L. Scott, MB# 101320
                                                          Senior Litigator
                                                          Northern and Southern Districts of Mississippi
                                                          200 South Lamar Street, Suite 200-N

Jackson, MS 39201
Telephone: (601) 948-4284
Facsimile: (601) 948-5510
Email: mike_scott@fd.org

## **CERTIFICATE OF SERVICE**

I, Michael L. Scott, do hereby certify that on the 15th day of July, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

*/s/Michael L. Scott*
Michael L. Scott
Senior Litigator