IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                              CRIMINAL NO. 3:23CR39-CWR-LGI

WILLIAM ROBERT SHEPHERD, III

---

### NOTICE OF APPEAL

---

Notice is hereby given that William Robert Shepherd, III, does hereby appeal to the United States Court of Appeals for the Fifth Circuit this Court's Judgment in a Criminal Case and Sentencing Order which was filed on the 4th day of December, 2024.

Respectfully submitted this the 5th day of December, 2024.

WILLIAM ROBERT SHEPHERD, III, Defendant

By:   *s/Michael L. Scott*
      **Michael L. Scott** (MS Bar #101320)
      Senior Litigator
      200 S. Lamar St., Suite 200 North
      Jackson, Mississippi 39201
      Telephone: (601)948-4284
      Facsimile: (601)948-5510
      Email:  mike_scott@fd.org

      Attorney for Defendant

## CERTIFICATE OF SERVICE

    I, Michael L. Scott, certify that on December 5, 2024, this Notice of Appeal was filed with the Clerk of the United States District Court for the Southern District of Mississippi, using the electronic case filing system, which in turn sent an electronic copy of this Notice to all attorneys of record in this case.

                                        *s/Michael L. Scott*
                                        Senior Litigator